DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

KEISHA LYNN HARDY,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D23-394

_____

February 7, 2024

Appeal from the Circuit Court for Manatee County; Frederick P. Mercurio, Judge.

J. Andrew Crawford of J. Andrew Crawford, P.A., St. Petersburg, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Laura Dempsey, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

SLEET, C.J., and MORRIS, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.